IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN LARSEN, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>NATIONAL ACCOUNT SYSTEMS OF OMAHA, LLC, and MATTHEW P. SAATHOFF,<br><br>　　　　　Defendants. | 8:17CV356<br><br>**JUDGMENT** |

　　　Pursuant to the Memorandum and Order entered today, May 2, 2018, judgment is entered in favor of defendants National Account Systems of Omaha, LLC and Matthew P. Saathoff and against plaintiff John Larsen.

　　　Dated this 2nd day of May, 2018.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　*Robert F. Rossiter, Jr.* (signature)

　　　　　　　　　　　　　　　　　　　　　　　Robert F. Rossiter, Jr.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge